**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| STEPHEN KABAK, AS TRUSTEE OF THE STEPHEN KABAK & JOY SCHARY LIVING TRUST, Individually and On Behalf of All Others Similarly Situated, | **Civil Action No. 20-2155 (SRC)** **ORDER** |
| Plaintiff, |  |
| v. |  |
| BECTON, DICKINSON AND COMPANY, et al., |  |
| Defendants. |  |

**CHESLER**, District Judge

On April 27, 2020 movants Michael Kim ("Kim") and Industriens Pensionsforsikring A/S ("Industriens") each filed a motion seeking to be appointed lead plaintiff and to obtain the Court's approval of the selection of counsel [respectively, ECF 9 & 10] in this action brought pursuant to Sections 10(b) and Section 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5, 17 C.F.R. § 240.10b-5; and

**IT APPEARING** that the Court has reviewed the submissions made in connection with the motions and determined that they provide no indication as to whether Industriens, Kim, and/or each movant's respective legal counsel have entered into any agreements with other attorneys and/or putative class members concerning fee arrangements and/or other financial matters relating to the sought appointment as lead plaintiff and approval of counsel; and it further

1

**APPEARING** that, for a full evaluation of the pending motions, the Court requires disclosure from each movant and the movant's legal counsel regarding agreements of this nature; and it further

**APPEARING** that the Court must be satisfied that the movant seeking appointment as lead plaintiff and approval of its selection of counsel meets the requirements of the PSLRA and Federal Rule of Civil Procedure 23; therefore

**IT IS** on this 28th day of May, 2020, hereby

**ORDERED** that on or before June 5, 2020, Kim and Industriens, through each one's respective legal counsel, shall submit a declaration, as set forth above, which discloses any and all agreements with other attorneys and/or putative class members concerning fee arrangements and/or other financial matters relating to the sought appointment as lead plaintiff and lead counsel; and it is further

**ORDERED** that the foregoing declaration may be submitted directly to the Court for *in camera* review; and it is further

**ORDERED** that, at the time each movant makes this submission, it shall electronically file a letter on the docket simply indicating that such an *in camera* submission has been made, as directed by the Court; and it is further

**ORDERED** that once the Court receives the required declaration, it will proceed to decide the pending motions for appointment as lead plaintiff and approval of counsel.

_____ s/ Stanley R. Chesler _____
STANLEY R. CHESLER
United States District Judge

2