**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN KABAK, AS TRUSTEE OF THE STEPHEN KABAK & JOY SCHARY LIVING TRUST, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, AND CHRISTOPHER R. REIDY,<br><br>Defendants. | No.: No.: 2:20-cv-02155-SRC-CLW<br><br>**DECLARATION OF LAURENCE M. ROSEN REGARDING MICHAEL KIM'S LEAD PLAINTIFF MOTION IN RESPONSE TO COURT'S ORDER (DKT. NO. 19)**<br><br><u>CLASS ACTION</u> |

I, Laurence M. Rosen hereby declare under penalty of perjury:

1.     I am the Managing Partner of The Rosen Law Firm, P.A., counsel for

Plaintiff Michael Kim ("Kim"). I have personal knowledge of the facts set forth

herein. I am duly admitted to practice law in the State of New Jersey and before this

Court.

1

2.     I make this Declaration in response to the Court's May 28, 2020 Order (Dkt. No. 19) regarding the disclosure of any fee arrangements and/or financial agreements concerning the lead plaintiff motions.

3.     On April 27, 2020, Kim filed a motion for appointment as lead plaintiff and lead counsel (the "Motion") (Dkt. No. 9).

4.     Neither Mr. Kim nor my firm have any fee arrangements or financial agreements with anyone, including other law firms, attorneys, or putative class members, to receive compensation of any kind, now or in the future, relating to Mr. Kim's Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: June 1, 2020

/s/ Laurence M. Rosen
Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence M. Rosen