**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STEPHEN KABAK, AS TRUSTEE OF THE STEPHEN KABAK & JOY SCHARY LIVING TRUST, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-02155-SRC-CLW |
| Plaintiff, | Hon. Stanley R. Chesler District Judge |
| v. | **ORDER** |
| BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY, | |
| Defendants. | |

**IT IS HEREBY ORDERED,** upon consideration of: (i) Michael Kim's Motion for Reconsideration of Order Appointing Lead Plaintiff and Lead Counsel (Dkt. No. 32); (ii) the opposition and reply briefs thereto (Dkt. Nos. 38 & 40); and (iii) oral argument on the motion, held on November 4, 2020; that, for the reasons set forth on the record of proceedings of November 4, 2020, the motion (Dkt. No. 32) is **DENIED.**

IT IS SO ORDERED.

Dated: November 4, 2020

                                    s/ Stanley R. Chesler
                              HON. STANLEY R. CHESLER
                              UNITED STATES DISTRICT JUDGE