**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY, <br><br> Defendants. | Case No. 2:20-cv-02155-SRC-CLW <br><br> Hon. Stanley R. Chesler <br> District Judge <br><br> Hon. Cathy L. Waldor <br> Magistrate Judge <br><br> **MOTION DAY**: December 21, 2020 |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO STRIKE**

Having considered Lead Plaintiff's Motion to Strike and the memorandum of law in support thereof,

IT IS HEREBY ORDERED that Lead Plaintiff's Motion to Strike is GRANTED. Appendix A (ECF No. 36-2) filed with Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 36) and all references and arguments concerning, relating to, or relying upon Appendix A within the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint (ECF No. 36-1) shall be disregarded and stricken.

IT IS SO ORDERED.


Dated: _____          _____
                                        HONORABLE STANLEY R. CHESLER
                                        UNITED STATES DISTRICT JUDGE