**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joshua E. D'Ancona
Eric K. Gerard (admitted *Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Lead Plaintiff Industriens*
*Pensionsforsikring A/S and Lead Counsel*
*for the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY, <br><br> Defendants. | Case No. 2:20-cv-02155-SRC-CLW <br><br> Hon. Stanley R. Chesler <br> District Judge <br><br> Hon. Cathy L. Waldor <br> Magistrate Judge <br><br> **MOTION DAY**: February 16, 2021 |

## NOTICE OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE
## AMENDED CLASS ACTION COMPLAINT

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 16, 2021, or as soon as counsel may be heard, the undersigned counsel for Lead Plaintiff Industriens Pensionsforsikring A/S ("Plaintiff") will move before the Honorable Stanley R. Chesler at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an order granting Lead Plaintiff's Motion for Leave to Amend the Amended Class Action Complaint ("Motion") pursuant to Federal Rule of Civil Procedure 15(a), and for such other and further relief as the Court may deem just and proper. In support of this Motion, Plaintiff submits the accompanying memorandum of law, Proposed Second Amended Class Action Complaint, attached as Exhibit A, and redline comparison, attached as Exhibit B.

PLEASE TAKE FURTHER NOTICE that on Thursday, December 10, 2020, Plaintiff requested Defendants' consent to this Motion. Defendants did not consent to this Motion.

Dated: January 14, 2021

**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**

*s/ James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Liaison Counsel for the Putative Class*

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joshua E. D'Ancona
Eric K. Gerard (admitted *Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jdancona@ktmc.com
egerard@ktmc.com

*Counsel for Lead Plaintiff Industriens*
*Pensionsforsikring A/S and Lead Counsel*
*for the Putative Class*

1

## CERTIFICATE OF SERVICE

I, James E. Cecchi, hereby certify that on January 14, 2021, I caused a true and correct copy of the foregoing Notice of Lead Plaintiff's Motion for Leave to Amend the Amended Class Action Complaint to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  January 14, 2021

*s/ James E. Cecchi*
James E. Cecchi
**CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Putative Class*