**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       v.<br><br>BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY,<br><br>            Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>Hon. Stanley R. Chesler<br>District Judge<br><br>Hon. Cathy L. Waldor<br>Magistrate Judge<br><br>**MOTION DAY**: February 16, 2021 |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE AMENDED CLASS ACTION COMPLAINT**

Having considered Lead Plaintiff's Motion for Leave to Amend the Amended Class Action

Complaint ("Motion") and the memorandum of law in support thereof,

**IT IS HEREBY ORDERED** that Lead Plaintiff's Motion is GRANTED. Lead Plaintiff's

Second Amended Class Action Complaint shall be filed upon entry of this Order. Defendants'

Motion to Dismiss the Amended Class Action Complaint (ECF No. 36) is denied as moot.

IT IS SO ORDERED.


Dated: _____          _____

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE