**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joshua E. D'Ancona
Eric K. Gerard (admitted *Pro Hac Vice*)
Vanessa Milan (admitted *Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Lead Plaintiff Industriens*
*Pensionsforsikring A/S and Lead Counsel*
*for the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY, <br><br> Defendants. | Case No. 2:20-cv-02155-SRC-CLW <br><br> Hon. Stanley R. Chesler <br> District Judge <br><br> Hon. Cathy L. Waldor <br> Magistrate Judge <br><br> **MOTION DAY**: June 7, 2021 |

## NOTICE OF LEAD PLAINTIFF'S MOTION TO STRIKE

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, June 7, 2021, or as soon thereafter as counsel may be heard, the undersigned counsel for Lead Plaintiff Industriens Pensionsforsikring A/S ("Plaintiff") will move before the Honorable Stanley R. Chesler at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting Lead Plaintiff's Motion to Strike ("Motion"), and for such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Appendix A (ECF No. 69-17), filed with Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 69) and referred to and relied upon in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 69-1), constitutes legal argument in excess of Court-ordered page limitations that is not authorized under, and was submitted in violation of, Federal Rules of Civil Procedure 12(b)(6), 12(d) & 12(f), Local Civil Rules 7.1 & 7.2, applicable case law, and the Court's plenary case management power.  In support of this Motion, Plaintiff submits herewith a memorandum of law.

1

Dated: May 3, 2021

Respectfully submitted,

**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**

*s/ James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Joshua E. D'Ancona
Eric K. Gerard (admitted *Pro Hac Vice*)
Vanessa Milan (admitted *Pro Hac Vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jdancona@ktmc.com
egerard@ktmc.com
vmilan@ktmc.com

*Counsel for Lead Plaintiff Industriens*
*Pensionsforsikring A/S and Lead Counsel*
*for the Putative Class*

2

**CERTIFICATE OF SERVICE**

I, James E. Cecchi, hereby certify that on May 3, 2021, I caused a true and correct copy of the foregoing Notice of Lead Plaintiff's Motion to Strike to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 3, 2021

s/ *James E. Cecchi*
James E. Cecchi
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Putative Class*

3