## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY,<br><br>Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>Hon. Stanley R. Chesler<br>District Judge<br><br>Hon. Cathy L. Waldor<br>Magistrate Judge<br><br>**MOTION DAY**: June 7, 2021 |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO STRIKE**

Having considered Lead Plaintiff's Motion to Strike and the memorandum of law in support thereof,

IT IS HEREBY ORDERED that Lead Plaintiff's Motion to Strike is GRANTED. Appendix A (ECF No. 69-17) filed with Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 69) and all references and arguments concerning, relating to, or relying upon Appendix A within the Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 69-1) shall be disregarded and stricken.

IT IS SO ORDERED.

Dated: _____          _____

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE