UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY,<br><br>　　　　　Defendants. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） | Case No. 2:20-cv-02155-SRC-CLW<br><br><br><br>**ORDER** |

**CHESLER**, District Judge

This matter comes before the Court on Lead Plaintiff Industriens Pensionsforsikring's ("Plaintiff") motion to strike Appendix A (ECF No. 69-17) (the "Appendix") and all argument relying on the Appendix which was submitted with Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 69) and Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 69-1); and Defendants having opposed the motion; and the Court having reviewed the papers submitted; and the Court proceeding to rule based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the accompanying Opinion, filed together with this Order;

**IT IS** on this 8th day of July, 2021,

**ORDERED** that Plaintiff's motion be and hereby is **DENIED**; and it is further

1

**ORDERED** that, if Plaintiff feels prejudiced by Defendants' submission of the Appendix,

Plaintiff is granted leave to submit a 15-page sur-reply within 10 days of the entry of this Order.

_s/ Stanley R. Chesler_
STANLEY R. CHESLER
United States District Judge
