# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br>   v.<br><br>BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY,<br><br>                  Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>**CERTIFICATION OF SERVICE** |

MATTHEW A. SKLAR, of full age, hereby certifies as follows:

1.	I am an attorney-at-law of the State of New Jersey and am a member of the law firm of McCarter & English, LLP, attorneys for Defendants Becton, Dickinson and Company, Vincent A. Forlenza, Thomas E. Polen and Christopher R. Reidy (together, "Defendants") in this case.

2.	On March 4, 2022, I caused a copy of (i) Reply Memorandum Of Law In Further Support Of Defendants' Motion To Dismiss The Third Amended Class Action Complaint; and (ii) this Certification of Service to be served on all counsel of record by electronic case filing.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                                       */s/  Matthew A. Sklar*
                                       Matthew A. Sklar