**CARELLA BYRNE CECCHI**
 **OLSTEIN BRODY & AGNELLO, PC**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Sharan Nirmul
David A. Bocian
Joshua E. D'Ancona
Vanessa M. Milan (admitted *pro hac vice*)
Nathaniel C. Simon (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Lead Plaintiff Industriens
Pensionsforsikring A/S and Lead Counsel
for the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-02155-SRC-CLW |
| Plaintiff, | Hon. Stanley R. Chesler District Judge |
| v. | Hon. Cathy L. Waldor Magistrate Judge |
| BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY, | |
| Defendants. | **MOTION DAY:** January 17, 2023 |

## NOTICE OF LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE THIRD AMENDED CLASS ACTION COMPLAINT

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 17, 2023, or as soon as counsel may be heard, the undersigned counsel for Lead Plaintiff Industriens Pensionsforsikring A/S ("Plaintiff") will move before the Honorable Stanley R. Chesler at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an order granting Lead Plaintiff's Motion for Leave to Amend the Third Amended Class Action Complaint ("Motion") pursuant to Federal Rule of Civil Procedure 15(a), and for such other and further relief as the Court may deem just and proper. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, and a declaration of James E. Cecchi, attaching the Proposed Fourth Amended Class Action Complaint as Exhibit A and a redlined comparison against the Third Amended Class Action Complaint as Exhibit B.

PLEASE TAKE FURTHER NOTICE that on Wednesday, December 21, 2022, Plaintiff requested Defendants' consent to this Motion. On December 22, 2022, Defendants indicated they do not consent to this Motion.

Dated: December 22, 2022

Respectfully submitted,

**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**

s/ James E. Cecchi
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Liaison Counsel for the Putative Class*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Sharan Nirmul
David A. Bocian
Joshua E. D'Ancona
Vanessa M. Milan (admitted *pro hac vice*)
Nathaniel C. Simon (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
snirmul@ktmc.com
dbocian@ktmc.com

jdancona@ktmc.com
vmilan@ktmc.com
nsimon@ktmc.com

*Counsel for Lead Plaintiff Industriens*
*Pensionsforsikring A/S and Lead Counsel*
*for the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I, James E. Cecchi, hereby certify that on December 22, 2022, caused a true and correct copy of the foregoing Notice of Lead Plaintiff's Motion for Leave to Amend the Third Amended Class Action Complaint to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Dated: December 22, 2022

*s/ James E. Cecchi*
James E. Cecchi
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Putative Class*