**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY,<br><br>    Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>Hon. Stanley R. Chesler<br>District Judge<br><br>Hon. Cathy L. Waldor<br>Magistrate Judge |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE THIRD AMENDED CLASS ACTION COMPLAINT**

THIS MATTER comes before the Court upon Lead Plaintiff's Motion for Leave to Amend the Third Amended Class Action Complaint ("Motion"). Having considered Lead Plaintiff's Motion and the memorandum of law in support thereof,

**IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiff's Motion is GRANTED; and

2. Lead Plaintiff shall file the Fourth Amended Class Action Complaint forthwith upon entry of this Order.

**IT IS SO ORDERED**.


Dated: _____                  _____
                                               The Honorable Stanley R. Chesler, U.S.D.J.