**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY, <br><br> Defendants. | Case No. 2:20-cv-02155-SRC-CLW <br><br> Hon. Stanley R. Chesler <br> District Judge <br><br> Hon. Cathy L. Waldor <br> Magistrate Judge |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF LEAD PLAINTIFF'S**
**MOTION FOR LEAVE TO AMEND THE**
**THIRD AMENDED CLASS ACTION COMPLAINT**

I, James E. Cecchi, hereby declare as follows:

1.      I am a partner of the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Court-appointed Liaison Counsel for Lead Plaintiff and the putative Class. I am admitted to practice before this Court.

2.      I submit this declaration in support of Lead Plaintiff's Motion for Leave to Amend the Third Amended Class Action Complaint, and I have personal knowledge of or information bearing on the facts set forth herein.

3.      Attached hereto as Exhibit A is a true and correct copy of the proposed Fourth Amended Class Action Complaint.

4.      Attached hereto as Exhibit B is a true and correct copy of a "redlined" version of the proposed Fourth Amended Class Action Complaint, comparing the new, proposed allegations to the Third Amended Class Action Complaint (ECF No. 91).

Executed on this 22nd day of December, 2022 in Roseland, New Jersey.


_s/ James E. Cecchi_
James E. Cecchi

## CERTIFICATE OF SERVICE

I, James E. Cecchi, hereby certify that on December 22, 2022, caused a true and correct copy of the foregoing Declaration of James E. Cecchi in Support of Lead Plaintiff's Motion for Leave to Amend the Third Amended Class Action Complaint to be filed electronically with the Clerk of the Court using the ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 22, 2022

*s/ James E. Cecchi*
James E. Cecchi
**CARELLA BYRNE CECCHI**
**OLSTEIN BRODY & AGNELLO, PC**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Putative Class*

3