**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, VINCENT A. FORLENZA, THOMAS E. POLEN, and CHRISTOPHER R. REIDY,<br><br>Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>Hon. Stanley R. Chesler<br>District Judge<br><br>Hon. Cathy L. Waldor<br>Magistrate Judge |

**AFFIDAVIT OF JAMES E. CECCHI**

I, James E. Cecchi, hereby declare as follows:

1.     I am a partner of the law firm Carella, Byrne, Cecchi, Brody & Agnello, P.C., Court-appointed Liaison Counsel for Lead Plaintiff and the putative class. I am admitted to practice before this Court.

2.     I submit this affidavit pursuant to L. Civ. Rule 37.1 and in connection with Plaintiff's motion to compel Defendant Becton, Dickinson and Company to fully respond to Plaintiff's First Set of Interrogatories.

3.     I hereby certify that Plaintiff, the moving party, has conferred with Defendant in a good faith effort to resolve by agreement the issues raised by the motion without the intervention of the Court and that the parties have been unable to reach agreement.

4.     Specifically, Plaintiff attempted to resolve this dispute with Defendant as follows:

a. On December 27, 2022, in letter correspondence sent from Plaintiff to Defendant;

b.   On December 30, 2022, during a telephonic meet-and-confer between Plaintiff and Defendant;

c.   On January 17, 2023, in email correspondence sent from Plaintiff to Defendant, which Defendant responded to the same day;

d.   On January 18, 2023, in email correspondence sent from Plaintiff to Defendant, which Defendant did not respond to;

e.   On January 24, 2023, in email correspondence sent from Plaintiff to Defendant, which Defendant did not respond to;

f.   On February 10, 2023, in email correspondence sent from Plaintiff to Defendant, which Defendant did not respond to; and,

g.   On February 22, 2023, in email correspondence sent from Plaintiff to Defendant, which Defendant responded to on February 24, 2023 but which did not resolve this dispute.

Executed on this 24th day of February, 2023 in Roseland, New Jersey.

s/ James E. Cecchi
James E. Cecchi

2