# EXHIBIT D

| | |
|---|---|
| **From:** | Charmani, Thania <ACharmani@winston.com> |
| **Sent:** | Friday, February 24, 2023 4:36 PM |
| **To:** | Nathaniel Simon; Vanessa Milan; Sklar, Matthew; Bareentto, Omar; Smith, James P.; DiRisio, Matthew; Greene, Linda; Stern, Michael; Jacobson, Jara R. Y. |
| **Cc:** | Sharan Nirmul; Josh D'Ancona; David Bocian; Michelle Newcomer; 'jcecchi@carellabyrne.com'; 'Donald A. Ecklund'; 'Kevin Cooper' |
| **Subject:** | RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories |

**\*External E-Mail\***

Nate,

While Defendants are, of course, required to make reasonable efforts in responding to, and, where appropriate, supplementing, interrogatories, they are "not required to conduct extensive research to answer an interrogatory." *Arena v. RiverSource Life Ins. Co.,* No. 2:16-CV-5063-JLL-SCM, 2017 WL 6513056, at \*2 (D.N.J. Dec. 19, 2017). That said, subject to our original responses, later discussions, and Rule 33(d), in a good faith effort to reach a compromise on this, Defendants agree to supplement their response as soon as practicable to provide the attendees and the meeting type for the meetings. We will provide the remaining information when available, and to the extent it can be determined by supporting documents, when Defendants produce the supporting documents in accordance with the Rule 33(d).

Thanks,
Thania

**Thania Charmani**
Winston & Strawn LLP
D: +1 212-294-4659
M: +1 917-327-1387
winston.com



**From:** Nathaniel Simon <NSimon@ktmc.com>
**Sent:** Wednesday, February 22, 2023 2:35 PM
**To:** Vanessa Milan <VMilan@ktmc.com>; Charmani, Thania <ACharmani@winston.com>; Sklar, Matthew <msklar@mccarter.com>; Bareentto, Omar <obareentto@mccarter.com>; Smith, James P. <JPSmith@winston.com>; DiRisio, Matthew <MDiRisio@winston.com>; Greene, Linda <LGreene@winston.com>; Stern, Michael <MJStern@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>
**Cc:** Sharan Nirmul <snirmul@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; David Bocian <DBocian@ktmc.com>; Michelle Newcomer <mnewcomer@ktmc.com>; 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'Donald A. Ecklund' <DEcklund@carellabyrne.com>; 'Kevin Cooper' <KCooper@carellabyrne.com>
**Subject:** RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

Counsel,

1

You have not responded to our emails dated January 18, January 24, or February 10, 2023 regarding our position that BD's supplemental response to Interrogatory No. 1 remains deficient. *See also* Letter from J. D'Ancona dated December 27, 2022. We intend to raise this dispute and request that BD fully respond to Interrogatory No. 1 under L. Civ. Rule 37.1 and Judge Waldor's Civil Case Management Order ¶ 7 on Friday, February 24 by 5 p.m. ET. Please provide BD's position under ¶ 7(e) of Judge Waldor's Civil Case Management Order by Friday at 12 noon ET. Once we receive BD's position, we will share a draft of the joint submission. If we do not receive BD's position under ¶ 7(e) by Friday, we will note as such in the filing.

Thank you,
Nate

_____
**Nathaniel C. Simon, Associate**



Kessler Topaz Meltzer Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Mobile:  267-664-5399
Direct Dial: 484-654-2898
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
E-mail: nsimon@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC



PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited.  If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

---

**From:** Vanessa Milan
**Sent:** Friday, February 10, 2023 6:37 PM
**To:** Charmani, Thania <ACharmani@winston.com>; Sklar, Matthew <msklar@mccarter.com>; Bareentto, Omar <obareentto@mccarter.com>; Smith, James P. <JPSmith@winston.com>; DiRisio, Matthew <MDiRisio@winston.com>; Greene, Linda <LGreene@winston.com>; Stern, Michael <MJStern@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>
**Cc:** Sharan Nirmul <snirmul@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; David Bocian <DBocian@ktmc.com>; Michelle Newcomer <mnewcomer@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>; 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'Donald A. Ecklund' <DEcklund@carellabyrne.com>; 'Kevin Cooper' <KCooper@carellabyrne.com>
**Subject:** RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

Counsel,

We write to follow up on questions we've raised about Defendants' Supplemental Response to Interrogatory No. 1, and to request your position on the Relevant Time Period applicable to RFP No. 27.

First, as to Interrogatory No. 1, we have requested to meet and confer regarding Defendants' Supplemental Responses and Objections dated January 13, 2023 on multiple occasions, including on January 17, 2023; January 18, 2023, and most recently January 24, 2023. Defendants have not answered any of the substantive questions posed in our January 18 email, and have declined to meet and confer to discuss the Responses.

As explained previously in our January 18, 2023 email, your Responses to Interrogatory No. 1 are incomplete. The Interrogatory seeks basic information concerning meetings between Defendants and the FDA. Your Supplemental Response identified the dates of 17 meetings with the FDA as requested, but once again failed to provide any other information called for in the Interrogatory, including: (i) the Meeting location, (ii) the type of Meeting, (iii) the attendees or participants, (iv) the documents created or distributed in connection with the Meeting, and (v) the principal subject matter or topics covered at the Meeting. As our December 27, 2022 Letter explained, Defendants' attempt to rest on Rule 33(d) is improper considering Defendants have produced very limited documents to date and Defendants have yet to "point to specific documents, by name or bates number" that would provide a response to this Interrogatory as is required by Rule 33(d). *Winn-Dixie Stores, Inc. v. Eastern Mushroom Marketing Cooperative*, 2020 WL 13169418, at *1, n.1 (E.D. Pa. Apr. 24, 2020). Moreover, Rule 33(d) "requires more than a promise to produce certain unspecified records at some future time." *Parks, LLC v. Tyson Foods, Inc.*, 2015 WL 5042918, at *4 (E.D. Pa. Aug. 26, 2015). We intend to address this deficiency and a number of additional questions about your Responses during a meet and confer.

You have not amended your Supplemental Response to Interrogatory No. 1 and you have not responded to any requests to communicate about the issue. Please provide your availability to meet and confer by February 14, 2023. If we do not receive a response, we will assume that the parties are at an impasse and will submit the dispute to Magistrate Judge Waldor.

Second, with regard to RFP No. 27, we have sought Defendants' position on the Relevant Time Period applicable to this Request numerous times, including on December 30, 2022; January 18, 2023; and January 24, 2023. Defendants first stated that they would produce documents in response to this Request through February 5, 2020. Plaintiff was seeking documents through May 7, 2020; but, during our December 30, 2022 meet and confer, Plaintiff proposed March 15, 2020 as an end date in a good faith effort to compromise. You stated that you would consider the proposal and provide your position. Six weeks have now passed. Please provide your position on the Relevant Time Period for RFP No. 27 by February 14, 2023.

Thank you,

**Vanessa Milan, Associate**



280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: 484-270-1486
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: vmilan@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC

3

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited.  If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

---

**From:** Josh D'Ancona
**Sent:** Tuesday, January 24, 2023 4:46 PM
**To:** Charmani, Thania <ACharmani@winston.com>; Sklar, Matthew <msklar@mccarter.com>
**Cc:** Bareentto, Omar <obareentto@mccarter.com>; Smith, James P. <JPSmith@winston.com>; DiRisio, Matthew <MDiRisio@winston.com>; Greene, Linda <LGreene@winston.com>; Stern, Michael <MJStern@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'Donald A. Ecklund' <DEcklund@carellabyrne.com>; 'Kevin Cooper' <KCooper@carellabyrne.com>; Sharan Nirmul <snirmul@ktmc.com>; David Bocian <DBocian@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>; Michelle Newcomer <mnewcomer@ktmc.com>
**Subject:** RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

Thania,

To follow up on  some of the points below:

1. We are awaiting a response on the outstanding issues we noted below with BD's supplemental interrogatory responses.  We've asked for a meet and confer to discuss, but you have not agreed to talk.  If you prefer to respond in writing, please let us know when we can expect a substantive response to the points we've raised.  Either way, we ask you to confirm your position on whether you will provide the missing responsive information (and if so by when), or else that the parties are at an impasse regarding Interrogatory No. 1.
2. Please let us know Defendants' position regarding Plaintiff's RFP No. 27.
3. Please let us know if Defendants will be producing any more readily-accessible documents, and if so, when you expect to do so.

Thanks.
Josh

---

**From:** Josh D'Ancona
**Sent:** Wednesday, January 18, 2023 5:21 PM
**To:** Charmani, Thania <ACharmani@winston.com>; Sklar, Matthew <msklar@mccarter.com>
**Cc:** Bareentto, Omar <obareentto@mccarter.com>; Smith, James P. <JPSmith@winston.com>; DiRisio, Matthew <MDiRisio@winston.com>; Greene, Linda <LGreene@winston.com>; Stern, Michael <MJStern@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'Donald A. Ecklund' <DEcklund@carellabyrne.com>; 'Kevin Cooper' <KCooper@carellabyrne.com>; Sharan Nirmul <snirmul@ktmc.com>; David Bocian <DBocian@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>; Michelle Newcomer <mnewcomer@ktmc.com>
**Subject:** RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

Thania,

We ask you again to confirm when this week you are available to meet and confer about BD's supplemental interrogatory responses, served Friday, 1/13.

While we appreciate that you have supplemented your non-factual initial response to Interrogatory No. 1 with dates of certain BD/FDA meetings, your responses remain incomplete and unacceptable. Among other issues, they do not identify any attendees at any of the meetings you've now identified. Your supplemental responses are also ambiguous on material points, and we want to seek clarification on Defendants' position in several respects. For example, (i) when are you going to provide attendee and other requested information, (ii) what other information do you agree to provide in addition to the meeting attendees, and (iii) do you intend to identify further meeting dates. We are entitled to this basic "who/what/when" responsive information, which you have had ample time—over 2.5 months—to collect. At a minimum, we are entitled to know your position and your basis for it. We also want to discuss your objections related to the Relevant Time Period for this interrogatory in order to determine if there is any dispute there. Of course, in our discussion with you about the interrogatory responses, other questions may arise as well.

Also, it would be beneficial to discuss the parties' ongoing custodian negotiations and talks regarding the search protocol. If you're not yet prepared to discuss either issue, please at least advise when you expect to respond to Plaintiff's latest proposals.

Finally—and not necessarily intended for discussion on the meet and confer (although we will if you wish)—we have three more points on which we'd appreciate your response, written or otherwise.

First, you told us on December 30, 2022 that you would provide Defendants' position on the scope of responsiveness/discovery as to Plaintiff's Request No. 27. The only outstanding issue is the end date for Defendants' production in response to this request. You have agreed to produce documents dated through February 5, 2020. We seek documents through May 7, 2020, and as a compromise, have proposed that Defendants produce documents on this request through March 15, 2020. This request bears directly on questions of loss causation and the alleged corrective disclosure, which occurred on February 6, 2020 (after Defendants' proposed cutoff, rendering that cutoff unworkable). Please let us know Defendants' position.

Second, in advance of the conference before Judge Waldor on January 24, please let us know if Defendants would agree to stipulate that the following interim deadlines apply:

- Deadline for the parties to agree on search terms, custodians and data sources applicable to Defendants' productions in response to Plaintiff's first RFP, or else present outstanding issues to the Court via joint letter: January 27, 2023;
- Deadline for the substantial completion of documents (preceded by rolling productions) in response to Plaintiff's first RFP: February 28, 2023.

We are committed to maintaining the Court's schedule, while allowing each side reasonable time to complete its discovery obligations. The proposed substantial completion date of February 28, 2023 is more than reasonable: it is past the midpoint of the entire fact discovery period in this case, and 5 months after we served our document requests. It would leave Plaintiff only 4.5 months to review Defendants' documents, and prepare for, schedule and take 20 fact witness depositions (in addition to participating in any depositions Defendants may seek to take). Accordingly, we cannot agree to a substantial completion date beyond February 28. While you have previously declined to engage in negotiations about a substantial completion date, we ask that you let us know your position on these proposals this week.

Third, please advise if Defendants will be making any further productions of readily-accessible documents, and if so, when you expect to do so.

We are available to discuss any of the foregoing.

Thanks.

_____
**Joshua E. D'Ancona,** Partner



280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial:  610-822-0269
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: jdancona@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC



PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited.  If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

**From:** Charmani, Thania [mailto:ACharmani@winston.com]
**Sent:** Wednesday, January 18, 2023 10:57 AM
**To:** Josh D'Ancona <jdancona@ktmc.com>; Sklar, Matthew <msklar@mccarter.com>
**Cc:** Bareentto, Omar <obareentto@mccarter.com>; Smith, James P. <JPSmith@winston.com>; DiRisio, Matthew <MDiRisio@winston.com>; Greene, Linda <LGreene@winston.com>; Stern, Michael <MJStern@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'Donald A. Ecklund' <DEcklund@carellabyrne.com>; 'Kevin Cooper' <KCooper@carellabyrne.com>; Sharan Nirmul <snirmul@ktmc.com>; David Bocian <DBocian@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>
**Subject:** RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

**\*External E-Mail\***

Josh,

We are happy to meet and confer, but as discussed during our last call, would ask that you identify the issues you would like to raise (or questions you may have) prior to scheduling it. Depending on what those are, we may be able to respond in a way that dispenses with the need for a conference. At a minimum, advance notice will lead to a more productive and efficient meeting.

Thanks,
Thania

**Thania Charmani**
Winston & Strawn LLP
D: +1 212-294-4659
M: +1 917-327-1387
winston.com



---

**From:** Josh D'Ancona <jdancona@ktmc.com>
**Sent:** Tuesday, January 17, 2023 4:28 PM
**To:** Sklar, Matthew <msklar@mccarter.com>
**Cc:** Bareentto, Omar <obareentto@mccarter.com>; Smith, James P. <JPSmith@winston.com>; DiRisio, Matthew <MDiRisio@winston.com>; Greene, Linda <LGreene@winston.com>; Charmani, Thania <ACharmani@winston.com>; Stern, Michael <MJStern@winston.com>; Jacobson, Jara R. Y. <JJacobson@winston.com>; 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'Donald A. Ecklund' <DEcklund@carellabyrne.com>; 'Kevin Cooper' <KCooper@carellabyrne.com>; Sharan Nirmul <snirmul@ktmc.com>; David Bocian <DBocian@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>
**Subject:** RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

Counsel, we request a meet and confer about these discovery responses on either 1/18, 1/19 or 1/20. Please let us know times that work for you on those days. Thank you.

Josh D'Ancona

---

**From:** Sklar, Matthew [mailto:msklar@mccarter.com]
**Sent:** Friday, January 13, 2023 6:28 PM
**To:** 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; 'Donald A. Ecklund' <DEcklund@carellabyrne.com>; 'Kevin Cooper' <KCooper@carellabyrne.com>; Sharan Nirmul <snirmul@ktmc.com>; David Bocian <DBocian@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>
**Cc:** Bareentto, Omar <obareentto@mccarter.com>; 'Smith, James P.' <JPSmith@winston.com>; 'DiRisio, Matthew' <MDiRisio@winston.com>; 'Greene, Linda' <LGreene@winston.com>; 'Charmani, Thania' <ACharmani@winston.com>; 'Stern, Michael' <MJStern@winston.com>; 'Jacobson, Jara R. Y.' <JJacobson@winston.com>
**Subject:** RE: INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

**\*External E-Mail\***

---

Counsel,

Please see the attached supplemental discovery response.

We are serving this response via email in accordance with your preference, as noted in a December 23, 2022 email from Mr. Nimrul. Could you please confirm that you consent to email service, including email service of the attached supplemental discovery response, for this case going forward?

Thanks and have a good weekend,
Matt



**Matthew Sklar | Partner**
McCarter & English, LLP
Four Gateway Center, 100 Mulberry Street | Newark, NJ 07102

msklar@mccarter.com | www.mccarter.com | V-Card

7

T 973.639.2009

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York | Philadelphia | Stamford | Washington, DC | Wilmington

---

**From:** Sklar, Matthew
**Sent:** Friday, December 23, 2022 2:26 PM
**To:** 'jcecchi@carellabyrne.com' <jcecchi@carellabyrne.com>; Donald A. Ecklund <DEcklund@carellabyrne.com>; Kevin Cooper <KCooper@carellabyrne.com>; 'Sharan Nirmul' <snirmul@ktmc.com>; David Bocian <DBocian@ktmc.com>; Josh D'Ancona <jdancona@ktmc.com>; Vanessa Milan <VMilan@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>
**Cc:** Bareentto, Omar <obareentto@mccarter.com>; 'Smith, James P.' <JPSmith@winston.com>; 'DiRisio, Matthew' <MDiRisio@winston.com>; 'Greene, Linda' <LGreene@winston.com>; 'Charmani, Thania' <ACharmani@winston.com>; 'Stern, Michael' <MJStern@winston.com>
**Subject:** INDUSTRIENS PENSIONSFORSIKRING v. BECTON, DICKINSON AND COMPANY, et al, No. 2:20-cv-02155 (D.N.J.) - BD response to 1st set of Interrogatories

Counsel,

Please see the attached.

Happy holidays,
Matt



**Matthew Sklar | Partner**
McCarter & English, LLP
Four Gateway Center, 100 Mulberry Street | Newark, NJ 07102

msklar@mccarter.com | www.mccarter.com | V-Card
T 973.639.2009

Boston | East Brunswick | Hartford | Indianapolis | Miami | Newark | New York | Philadelphia | Stamford | Washington, DC | Wilmington

This email message from the law firm of McCarter & English, LLP is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.