# EXHIBIT E



North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**THANIA CHARMANI**
Associate Attorney
212-294-4659
ACharmani@winston.com

April 19, 2023

**VIA E-MAIL**

Sharan Nirmul, Esq.
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

      Re:    *Industriens Pensionsforsikring A/S v. Becton, Dickinson and Co., et al.*,
           Case No. 2:20-cv-02155-SRC-CLW

Counsel:

We write in response to your letter dated April 11, 2023 regarding Lead Plaintiff's subpoena to non-party Crisis Prevention & Recovery, LLC d/b/a SoftwareCPR ("SoftwareCPR").

As an initial matter, your suggestion that Becton Dickinson ("BD") somehow "improperly interfere[ed] with the Subpoena and unduly delay[ed] Plaintiff's efforts to obtain responsive information" is upside down.  BD has not (yet) "instructed" SoftwareCPR to do anything and the fact that SoftwareCPR's counsel has communicated with BD about a privilege ***that is BD's to assert*** is not only entirely proper, but SoftwareCPR and its counsel would have risked serious liability had they unilaterally jeopardized that privilege without first consulting the holder thereof.  *See Magnetar Techs. Corp. v. Six Flags Theme Park Inc.*, 886 F. Supp. 2d 466, 485–86 (D. Del. 2012), *aff'd sub nom. Magnetar Techs. Corp. v. Six Flags Theme Parks Inc.*, No. CV 07-127-LPS-MPT, 2014 WL 545440 (D. Del. Feb. 7, 2014) (a party may not unilaterally waive the privilege as to any of the other privilege holders' communications). Indeed, it is not at all apparent to us that Lead Plaintiff's issuance of a subpoena to SoftwareCPR was not itself an improper attempt to obtain BD's privileged information.

Nevertheless, Defendants are willing to meet and confer on the scope of the privilege asserted and a prospective privilege log, which, to our knowledge, Lead Plaintiff has not previously requested.  Please let us know when you are available this week to discuss.  In the meantime, Defendants reserve all rights.

April 19, 2023
Page 2

Sincerely,

*/s/ Thania Charmani*

Thania Charmani

cc:    James P. Smith III, Esq.
        Matthew L. DiRisio, Esq.
        Matthew Sklar, Esq.