**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY and THOMAS E. POLEN, <br><br> Defendants. | Case No. 2:20-cv-02155-SRC-CLW <br><br> Hon. Stanley R. Chesler <br> District Judge <br><br> Hon. Cathy L. Waldor <br> Magistrate Judge |

**DECLARATION OF JAMES P. SMITH III IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

JAMES P. SMITH III declares under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.      I am an attorney duly licensed to practice law before the Courts of the State of New York and admitted *pro hac vice* to the United States District Court for the District of New Jersey. (ECF No. 26).  I am a partner with the law firm of Winston & Strawn LLP, which, together with McCarter & English, LLP, represents defendants Becton, Dickinson and Company ("BD") and Thomas E. Polen (collectively with BD, "Defendants") in the above-referenced action.  I respectfully submit this declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification (ECF No. 130).

2.      Attached hereto as Exhibit A is a true and accurate copy of BD's FQ1 2020 Earning Call Transcript held on February 6, 2020.

3.      Attached hereto as Exhibit B is a true and accurate copy of the Expert Rebuttal Report of Dr. Stewart Mayhew, Ph.D. and accompanying exhibits dated May 3, 2023.

4.      Attached hereto as Exhibit C is a true and accurate copy of excerpts of the transcript of deposition testimony given by Dr. Joseph R. Mason on April 4, 2023.

5.      Attached hereto as Exhibit D is a true and accurate copy of excerpts of the transcript of 30(b)(6) deposition testimony given by Industriens Pensionforsikring A/S's corporate representative, Jan Ostergaard, on April 12, 2023.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:      May 3, 2023
            New York, New York      _____
                                         James P. Smith III