**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,** <br><br> **Plaintiff,** <br><br> v. <br><br> **BECTON, DICKINSON AND COMPANY, et al.,** <br><br> **Defendants.** | Civil Action No. 20-2155 (SRC) (CLW) <br><br><br> **ORDER GRANTING LEAVE TO FILE A FOURTH AMENDED CLASS ACTION COMPLAINT** |

**CATHY L. WALDOR, U.S.M.J.**

This matter comes before the Court upon Plaintiff's motion for leave to file a Fourth Amended Class Action Complaint. (ECF No. 123). The Court conducted oral argument on Plaintiff's motion on June 15, 2023. Upon careful consideration of the parties' submissions and arguments; and for the reasons set forth on the record during oral argument;

**IT IS** on this 15th day of June, 2023,

**ORDERED** that Plaintiff's motion for leave to file a Fourth Amended Class Action Complaint, (ECF No. 123), is **GRANTED**; and it is further

**ORDERED** that Plaintiff may file its proposed Fourth Amended Class Action Complaint on or before **June 22, 2023**.

s/ Cathy L. Waldor
**Hon. Cathy L. Waldor, U.S.M.J.**