| | |
|---|---|
| **CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**<br>James E. Cecchi<br>Donald A. Ecklund<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739<br>Telephone: (973) 994-1700<br><br>*Liaison Counsel for the Class* | **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Sharan Nirmul<br>David A. Bocian<br>Joshua E. D'Ancona<br>Margaret E. Mazzeo<br>Vanessa M. Milan (admitted *pro hac vice*)<br>Nathaniel C. Simon (admitted *pro hac vice*)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br><br>*Counsel for Class Representative Industriens Pensionsforsikring A/S and Class Counsel for the Class* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>  v.<br><br>BECTON, DICKINSON AND COMPANY and THOMAS E. POLEN,<br><br>                    Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>Hon. Stanley R. Chesler<br>District Court Judge<br><br>Hon. Cathy L. Waldor<br>Magistrate Judge |

# NOTICE OF CLASS REPRESENTATIVE'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND AUTHORIZATION TO DISSEMINATE NOTICE OF SETTLEMENT

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Court-appointed Class Representative Industriens Pensionsforsikring A/S, by and through its undersigned counsel, respectfully moves this Court, pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") that will, among other things: (i) preliminarily approve the proposed settlement of the above-captioned action; (ii) approve the form and manner of giving notice of the proposed settlement to Class Members; and (iii) schedule a hearing to consider final approval of the proposed settlement, approval of the proposed plan of allocation, and approval of Class Counsel's motion for an award of attorneys' fees and expenses.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, the undersigned intend to rely on the accompanying Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that the parties' Stipulation and Agreement of Settlement dated December 19, 2023 and its exhibits (collectively, the "Stipulation") and the parties' agreed-upon proposed Preliminary Approval Order and its exhibits are attached.

PLEASE TAKE FURTHER NOTICE that, in accordance with the terms of the Stipulation, Defendants will not oppose this Motion. Class Representative respectfully submits that the Motion is ripe for consideration by the Court.

Dated: December 21, 2023

s/ *James E. Cecchi*

**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Liaison Counsel for the Class*

Respectfully submitted,

Sharan Nirmul
David A. Bocian
Joshua E. D'Ancona
Margaret E. Mazzeo
Vanessa M. Milan (admitted *pro hac vice*)
Nathaniel C. Simon (admitted *pro hac vice*)
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
snirmul@ktmc.com
dbocian@ktmc.com
jdancona@ktmc.com
mmazzeo@ktmc.com
vmilan@ktmc.com
nsimon@ktmc.com

*Counsel for Lead Plaintiff Industriens Pensionsforsikring A/S and Class Counsel for the Class*