UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY and THOMAS E. POLEN,<br><br>      Defendants. | Case No. 2:20-cv-02155-SRC-CLW |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE FOR SETTLEMENT PROCEEDINGS

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority*. All undersigned parties consent to have United States Magistrate Judge Cathy L. Waldor conduct all settlement proceedings in this case, including deciding the motions for preliminary approval of settlement and final approval of settlement and attorneys' fees and expenses.[1]

---

[1] The Third Circuit Court of Appeals approves of reference to a magistrate judge's authority in connection with all settlement proceedings. *See Salvati v. Deutsche Bank National Trust Co*, 758 Fed. Appx. 228, 229 n.1 (3d Cir. 2018); *Dewey v. Volkswagen Aktiengesellschaft*, 681 F.3d 170, 181 (3d Cir. 2012).

**Class Representative Industriens Pensionsforsikring A/S**

By: *s/ James E. Cecchi*
James E. Cecchi
Carella Byrne Cecchi Brody & Agnello, PC
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

By: *s/ Sharan Nirmul*
Sharan Nirmul
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Defendants Becton, Dickinson and Company and Thomas E. Polen**

By: *s/ James P. Smith III*
James P. Smith III
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

By: *s/ Matthew A. Sklar*
Matthew A. Sklar
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

## Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all settlement proceedings and order the entry of final judgment in accordance with 28 U.S.C. §636(c) and Fed. R. Civ. P. 73.

Date: January 2, 2024

/s/ Stanley R. Chesler
_____
Hon. Stanley R. Chesler, U.S.D.J.

3