| | |
|---|---|
| **CARELLA BYRNE CECCHI BRODY & AGNELLO, PC** <br> James E. Cecchi <br> Donald A. Ecklund <br> 5 Becker Farm Road <br> Roseland, NJ 07068-1739 <br> Telephone: (973) 994-1700 <br><br> *Liaison Counsel for the Class* | **KESSLER TOPAZ MELTZER & CHECK, LLP** <br> Sharan Nirmul <br> David A. Bocian <br> Joshua E. D'Ancona <br> Margaret E. Mazzeo <br> Vanessa M. Milan (admitted *pro hac vice*) <br> Nathaniel C. Simon (admitted *pro hac vice*) <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> Telephone: (610) 667-7706 <br><br> *Counsel for Class Representative Industriens Pensionsforsikring A/S and Class Counsel for the Class* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BECTON, DICKINSON AND COMPANY and THOMAS E. POLEN, <br><br> Defendants. | Case No. 2:20-cv-02155-SRC-CLW <br><br> Hon. Stanley R. Chesler, District Court Judge <br><br> Hon. Cathy L. Waldor, Magistrate Judge |

## NOTICE OF CLASS REPRESENTATIVE'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION

To:   All Counsel by ECF

PLEASE TAKE NOTICE that on April 22, 2024, at 11:30 a.m. in Courtroom 4D of the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, or by telephone or videoconference (in the discretion of the Court), before the Honorable Cathy L. Waldor, Class Representative Industriens Pensionsforsikring A/S ("Class Representative"), by and through its undersigned counsel, will and hereby does move the Court for orders granting Class Representative's Motion for Final Approval of Settlement and Plan of Allocation under Federal Rule of Civil Procedure 23 which will: (i) grant final approval of the proposed settlement of the above-captioned securities class action ("Settlement") on the terms set forth in the Stipulation and Agreement of Settlement dated as of December 19, 2023 (ECF No. 182-2); and (ii) approve the proposed plan for allocating the net proceeds of the Settlement to the Class.

PLEASE TAKE FURTHER NOTICE that, in support of the Motion, the undersigned intend to rely on the accompanying Memorandum of Law and the accompanying Declaration of Joshua E. D'Ancona and exhibits attached thereto, and the papers and pleadings filed in this Action, the arguments of counsel, and any other matters properly before the Court.

PLEASE TAKE FURTHER NOTICE that, proposed orders granting the relief requested herein will be submitted in connection with Class Representative's reply

1

submission, which will be filed no later than April 15, 2024, pursuant to the Court's January 18, 2024 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 186).

Dated: March 18, 2024                                                     Respectfully submitted,

*s/ James E. Cecchi*

| | |
|---|---|
| **CARELLA BYRNE CECCHI BRODY & AGNELLO, PC** <br> James E. Cecchi <br> Donald A. Ecklund <br> 5 Becker Farm Road <br> Roseland, NJ 07068-1739 <br> Telephone: (973) 994-1700 <br> Facsimile: (973) 994-1744 <br> jcecchi@carellabyrne.com <br> decklund@carellabyrne.com <br><br> *Liaison Counsel for the Class* | Sharan Nirmul <br> David A. Bocian <br> Joshua E. D'Ancona <br> Margaret E. Mazzeo <br> Vanessa M. Milan (admitted *pro hac vice*) <br> Nathaniel C. Simon (admitted *pro hac vice*) <br> **KESSLER TOPAZ MELTZER & CHECK, LLP** <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> Telephone: (610) 667-7706 <br> Facsimile: (610) 667-7056 <br> snirmul@ktmc.com <br> dbocian@ktmc.com <br> jdancona@ktmc.com <br> mmazzeo@ktmc.com <br> vmilan@ktmc.com <br> nsimon@ktmc.com <br><br> *Counsel for Lead Plaintiff Industriens Pensionsforsikring A/S and Class Counsel for the Class* |

## CERTIFICATION OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the CM/ECF system. Those attorneys registered with the Electronic Filing System will receive notice of this filing by ECF and email. I further certify that a courtesy copy of this filing will be served upon the Court.

Dated: March 18, 2024

*s/ James E. Cecchi*
James E. Cecchi

**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for the Class*