# EXHIBIT 4

**CARELLA BYRNE CECCHI BRODY & AGNELLO, PC**
James E. Cecchi
Donald A. Ecklund
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700


*Liaison Counsel for the Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sharan Nirmul
David A. Bocian
Joshua E. D'Ancona
Margaret E. Mazzeo
Vanessa M. Milan (admitted *pro hac vice*)
Nathaniel C. Simon (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Class Representative Industriens Pensionsforsikring A/S and Class Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY and THOMAS E. POLEN,<br><br>Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>Hon. Stanley R. Chesler<br>District Court Judge<br><br>Hon. Cathy L. Waldor<br>Magistrate Judge |

## DECLARATION OF JAMES E. CECCHI
## IN SUPPORT OF CLASS COUNSEL'S MOTION FOR
## <u>ATTORNEYS' FEES AND LITIGATION EXPENSES</u>

I, JAMES E. CECCHI, declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner of the law firm of Carella Byrne Cecchi Brody & Agnello, P.C. which serves as Liaison Counsel for Court-appointed Lead Plaintiff and Class Representative Industriens Pensionsforsikring A/S in this securities class action lawsuit ("Action"). I have personal knowledge of the matters set forth herein based on personal knowledge and the business records of our firm. By making this declaration, I do not intend to waive any attorney-client privilege or applicable work product protections.

2.    I am one of the partners who oversees and conducts the day-to-day activities in the Action.

3.    The time and expense information provided in the charts annexed to this declaration is taken from time and expense records and documentation prepared and maintained by our firm. I reviewed the firm's time and expense records and documentation when preparing this declaration. I confirmed the accuracy of the records, as well as the necessity for, and reasonableness of, the time and expenses committed to this litigation. As a result of this review, I believe the time reflected in the firm's lodestar calculation and the expenses for which payment is sought are reasonable and were necessary for the effective and efficient prosecution and resolution of the Action. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

1

4.    A breakdown of the time our firm incurred in the Action from inception through March 1, 2024 is provided in Exhibit A. The lodestar amount of $373,757.50 was calculated using the firm's current rates (or, in the case of individuals who no longer work at our firm, using their rate as of the date they last worked for the firm).

5.    The expenses incurred by our firm are summarized by category in Exhibit B. Our firm also seeks an award of expenses of $554.40 in connection with the prosecution and resolution of the Action. The expenses pertaining to the Action are reflected in the books and records of our firm. These books and records are prepared from receipts, check records, expense vouchers, and other documents and are an accurate record of the expenses.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed in Roseland, New Jersey on March 18, 2024

_____
JAMES E. CECCHI

2

# EXHIBIT A

| EXHIBIT A | | | | |
| --- | --- | --- | --- | --- |
| | | | | |
| ***In re Industriens Pensionsforsikring A/S, et al. v. Becton Dickinson et al.,*** **Case No. 2:20-cv-02155-SRC-CLW** | | | | |
| | | | | |
| **NAME** | | **HOURS** | **RATE** | **LODESTAR** |
| Cecchi, James | (P) | 99.20 | $ 1,300.00 | $ 128,960.00 |
| Ecklund, Donald | (P) | 125.60 | $ 950.00 | $ 119,320.00 |
| Cooper, Kevin | (P) | 135.70 | $ 800.00 | $ 108,560.00 |
| Patel, Chirali | (A) | 7.10 | $ 400.00 | $ 2,840.00 |
| Steele, Jordan | (A) | 10.50 | $ 600.00 | $ 6,300.00 |
| O'Toole, Brian | (A) | 5.50 | $ 600.00 | $ 3,300.00 |
| Tempesta, Laura | (PL) | 13.00 | $ 225.00 | $ 2,925.00 |
| Luhn, Tabitha | (LC) | 6.90 | $ 225.00 | $ 1,552.50 |
| *Total:* | | *403.50* | | *$ 373,757.50* |

# EXHIBIT B

| EXHIBIT B | | |
|---|---|---|
| | | |
| ***In re Industriens Pensionsforsikring A/S, et al. v. Becton Dickinson et al.,*** *Case No. 2:20-cv-02155-SRC-CLW* | | |
| | | |
| *CATEGORY* | *AMOUNT* | *PERCENT* |
| *PACER* | *$ 104.40* | *19%* |
| *Court Filing Fees* | *$ 450.00* | *81%* |
| | | |
| *Total:* | *$ 554.40* | |