# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY and THOMAS E. POLEN,<br><br>      Defendants. | Case No. 2:20-cv-02155-SRC-CLW<br><br>Hon. Stanley R. Chesler<br>District Court Judge<br><br>Hon. Cathy L. Waldor<br>Magistrate Judge |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) CONTINUED DISSEMINATION OF NOTICE; (B) UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE; AND (C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, Luiggy Segura, hereby declare under penalty of perjury as follows:

1.    I am the Vice President of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated January 18, 2024 (ECF No. 186) ("Preliminary Approval Order"), Class Counsel was authorized to retain JND as the Claims Administrator in connection with the proposed Settlement of the above-captioned action ("Action").[1] I am over 21 years of age and am not a party to the

---

[1]    All capitalized terms used in this declaration that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of

Action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

2.      I submit this declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding: (A) Dissemination of Postcard Notice and Notice Packet; (B) Publication of the Summary Notice; (C) Establishment of Call Center Services and Settlement Website; and (D) Report on Requests for Exclusion Received to Date, dated March 18, 2024 (ECF No. 189-2) ("Initial Mailing Declaration").

## CONTINUED DISSEMINATION OF NOTICE

3.      Since the execution of the Initial Mailing Declaration, JND has continued to disseminate copies of the Postcard Notice and Notice Packet in response to requests from potential Class Members and Nominees.[2] Through April 11, 2024, JND has mailed a total of 221,334 Postcard Notices and 4,558 Notice Packets to potential Class Members and Nominees. JND has also sent a total of 3,357 Notice Packets by email. In addition, JND has promptly re-mailed a total of 555 Postcard Notices and 6 Notice Packets to persons whose original mailings were

---

Settlement, dated as of December 19, 2023 (ECF No. 182-2) and in the Initial Mailing Declaration (defined herein).

[2]      One request was a bulk request for 17,895 Postcard Notices received on March 19, 2024, which JND promptly mailed to the Nominee on March 21, 2024.

returned by the U.S. Postal Service ("USPS") as undeliverable and for whom updated addresses were provided to JND by the USPS.

## UPDATE ON CENTER SERVICES AND SETTLEMENT WEBSITE

4.     JND continues to maintain the toll-free telephone number (1-888-995-0312) and Interactive Voice Recording ("IVR"), along with the case-dedicated e-mail address (info@BectonSecuritiesSettlement.com), to accommodate inquiries about the Settlement from potential Class Members. JND has promptly responded to each telephone and e-mail inquiry and will continue to respond to these inquiries until the conclusion of the administration.

5.     JND also continues to maintain the website dedicated to the Settlement, www.BectonSecuritiesSettlement.com ("Settlement Website") to further assist potential Class Members. On March 18, 2024, JND posted to the Settlement Website copies of the papers filed in support of Class Representative's Motion for Final Approval of Settlement and Plan of Allocation and Class Counsel's Motion for Attorneys' Fees and Litigation Expenses. During this administration, the Settlement Website has received a total of 60,027 visitors.

6.     JND will continue to maintain the case-dedicated telephone number, e-mail address, and Settlement Website and will update the IVR and Settlement Website as necessary through the conclusion of the administration.

3

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

7.     The Notice, Postcard Notice, Summary Notice, and Settlement Website informed Class Members that requests for exclusion from the Class were to be sent to JND, and received no later than April 1, 2024. As of April 11, 2024, JND has received nineteen (19) requests for exclusion, of which eighteen (18) were received on or before April 1, 2024 and one (1) was received after that date.[3] A list of the individuals and entities requesting exclusion from the Class and their city and state (if provided in the exclusion request) is attached hereto as Exhibit 1.

8.     JND was requested by Class Counsel to calculate the recognized loss amount for the Becton securities transactions submitted with the objection from John R. Evans (ECF No. 190). Under the Plan of Allocation, Mr. Evans' transactions calculate to a recognized loss amount of $1,785.40. Mr. Evans' recognized loss amount is not the amount he will receive under the Settlement. As set forth in the Plan of Allocation, Mr. Evans will receive his *pro rata* share of the Net Settlement Fund (i.e., Mr. Evans' recognized loss divided by the total recognized losses of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund). Accordingly, Mr. Evans' ultimate payment amount can not be determined until all Claims are processed and losses calculated.

---

[3]     The request for exclusion received after April 1, 2024 had a postmark date of March 15, 2024.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 12th, 2024 at New Hyde Park, New York.

_____
LUIGGY SEGURA

5

# Exhibit 1

1.    Louise L. Bailey
      Tuscaloosa, AL

2.    Joan L. Bechthold

3.    Debbie A. Brennan
      Farr West, UT

4.    Marc J. Cappelli

5.    Joan Cissel
      Louisville, KY

6.    John Scott Evans
      Greely, Ontario
      Canada

7.    Gene Lynn Findley
      Tuscaloosa, AL

8.    Margaret K. Findley
      Louise L. Bailey, Executrix
      Tuscaloosa, AL

9.    Judith Anne Hamley

10.   Geoffrey Frederick Kingston

11.   Joseph Lommen

12.   Sharon W. Lout
      Houston, TX

13.   Norah Jean Love

14.   Eve McDonald

15.   Gwen Diane O'Donnell
       Nicholas Fitzgerald Lomasney JT TEN
       Larchmont, NY

16.   Steven Sauder

17.   Vivian Spicer Turnbull
       Silver Spring, MD

18.   John and Tannie Zuiderveen

19.   Malta Pension Investments
       St. Julians, Malta