# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| INDUSTRIENS PENSIONSFORSIKRING A/S, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY and THOMAS E. POLEN,<br><br>Defendants. | Case No. 2:20-cv-02155-SRC-CLW |

On April 22, 2024, Magistrate Judge Cathy L. Waldor held a Fairness Hearing and granted Plaintiff's Motion for Final Approval of the Settlement. Magistrate Judge Waldor then issued an Order and Judgment. (ECF No. 197). Accordingly, and after consideration of the above, this action is dismissed with prejudice. The Court will retain exclusive and continuing jurisdiction over the case and all parties to interpret and enforce the terms, conditions, and obligations of the Settlement. The Clerk of Court shall close this case.

IT IS SO ORDERED.

/s/ Stanley R. Chesler

Stanley R. Chesler, U.S.D.J.

Dated: April 26, 2024